COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:      Tony Harris v. The State of Texas

Appellate case number:    01-16-00880-CR

Trial court case number:   1504582

Trial court:               232nd District Court of Harris County

A jury found appellant, Tony Harris, guilty of the felony offense of tampering with physical evidence. After finding true the allegations in two enhancement paragraphs, the jury assessed his punishment at confinement for fifty years. Appellant has filed an agreed motion to abate the appeal and remand the "matter to the trial court to consider an agreed out-of-time motion for new trial granting Appellant a new sentencing hearing." The motion indicates that "[a]ppellant has conferred with the First Assistant District Attorney for Harris County, Texas" regarding the motion and "he agrees that it should be granted." We **grant** appellant's motion.

Accordingly, we abate the appeal and remand the cause "to the trial court to consider an agreed out-of-time motion for new trial granting Appellant a new sentencing hearing" in accordance with the parties' agreement reflected in the "Agreed Motion to Abate Appeal & Remand for Out-of-Time Motion for New Trial," filed in this appeal on March 30, 2017. A representative of the Harris County District Attorney's Office and appellant's counsel, T. Brent Mayr, shall be present at any trial court hearing on remand. Appellant shall also be present in person or, if he is incarcerated, at the trial court's discretion, appellant may participate in the hearing by closed-circuit video teleconferencing.[1]

---

1     Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and the parties' attorneys. On request, appellant and his counsel shall be able to communicate privately without being recorded or heard by the trial court or the State's attorney.

The trial court shall have a court reporter, or court recorder, record the hearing. The trial court clerk is directed to file a supplemental clerk's record containing any pleadings, motions, and other documents filed after abatement and the trial court's findings, recommendations, orders, and rulings no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(c). The court reporter is directed to file the reporter's record of the hearing within 30 days from the date of this order. If a hearing is conducted by video teleconference, a certified recording of the hearing also shall be filed in this Court no later than 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature:  /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date:  April 24, 2017